UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARDO BELTRAN, individually and d/b/a CUE SPOT a/k/a THE CUE SPOT BILLIARDS,<br><br>Defendants. | Case No.: 1:15-cv-00335-WBS-BAM<br><br>**ORDER ALLOWING DEFENDANT'S ATTORNEY MATTHEW PARE TO APPEAR BY PHONE AT THE MAY 16, 2016, HEARING REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Monday, May 16, 2016<br>Time: 1:30 p.m.<br>Judge: Honorable William B. Shubb<br>Courtroom: 5, 14th Floor |

**GOOD CAUSE APPEARING**, it is hereby ordered that defendant's counsel Matthew A. Pare's request to appear by phone at the hearing regarding defendant's motion for summary judgment and plaintiff's motion for summary judgment on May 16, 2016, is hereby granted. Attorney Matthew A. Pare can be reached at 619-869-4999. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: May 3, 2016

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*[proposed] Order to Appear by Phone at Hearing on Motions for Summary Judgment*

1