UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:15-cv-00335-WBS-BAM |
| Plaintiff, | |
| vs. | ORDER |
| EDWARRDO BELTRAN, | |
| Defendant. | |

### ORDER

Because the court has already approved the request of defendant's attorney to appear by telephone at the hearing on May 16, 2016 on the cross motions for summary judgment, and because it will be difficult for the court and the reporter to communicate and differentiate between counsel if both sides are appearing by telephone, and because plaintiff chose to have counsel from outside the district bring this action, the request of plaintiff's counsel Thomas P. Riley to appear telephonically at the hearings on defendant's Motion for Summary Judgment and plaintiff's Motion for Partial Summary Judgment scheduled for Monday, May 16, 2016 at 1:30 P.M. is DENIED.

**IT IS SO ORDERED**:

**Dated:  May 9, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 9, 2016, I caused to serve the following documents entitled:

**ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Matthew A. Pare, Esq.                              Attorneys for Defendant
Law Offices of Matthew Pare, APC          Edwardo Beltran
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 9, 2016, at South Pasadena, California.


Dated: May 9, 2016                                         */s/ Vanessa Morales*
                                                                        VANESSA MORALES

///

///

///