Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Edwardo Beltran, <br><br> Defendant. | CASE NO. 1:15-cv-00335-WBS-BAM <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT EDWARDO BELTRAN, INDIVIDUALLY AND D/B/A CUE SPOT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants EDWARDO BELTRAN, INDIVIDUALLY AND D/B/A CUE SPOT, that the above-entitled defendant is hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 17, 2016, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  5/18/16          *s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                    By:  Thomas P. Riley
                                    Attorneys for Plaintiff
                                    J & J SPORTS PRODUCTIONS, INC.

Dated:  5/18/16          *s/ Matthew A. Pare*
                                **LAW OFFICES OF MATTHEW A. PARE, APC**
                                    By: Matthew A. Pare, Esquire
                                    Attorneys for Defendant
                                    EDWARDO BELTRAN, individually
                                    and d/b/a CUE SPOT

**IT IS SO ORDERED**:

**Dated:  May 19, 2016**
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

///